

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00526-CV

Dempsie Clinton and Victoria Clinton
v.
Leobardo Araguz

On Appeal from the
107th District Court of Cameron County, Texas
Trial Cause No. 2018-DCL-03174-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants, Dempsie Clinton and Victoria Clinton.

We further order this decision certified below for observance.

November 7, 2019